NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICARDO R. CASTILLEJOS,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2025-1219

---

Petition for review of the Merit Systems Protection Board in No. SF-0831-21-0145-M-1.

---

## O R D E R

Ricardo R. Castillejos moves for leave to proceed *in forma pauperis*, ECF No. 15. On March 17, 2025, this court granted Mr. Castillejos' previous motion for leave to proceed *in forma pauperis*. On April 2, 2025, this court issued an overdue notice to Mr. Castillejos, informing him that no corrected opening brief has been filed as required by Federal Circuit Rule 31(a). To date, no corrected brief has been received. Upon consideration thereof,

2                                              CASTILLEJOS V. MSPB

IT IS ORDERED THAT:

(1) The motion to proceed *in forma pauperis,* ECF No. 15, is denied-as-moot.

(2) The petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 1, 2025
Date